AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Pix International, LLC <br> *Plaintiff(s)* <br> v. <br> Vida Global LLC d/b/a TKM Mundo <br> *Defendant(s)* | Civil Action No. 1:17-cv-22499 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Vida Global LLC d/b/a TKM Mundo
Serve:  Registered Agent
Elizabeth Stainberg
14701 Palmeto Palm Ave
Miami Lakes, FL 33014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Joel B. Rothman
  Schneider Rothman Intellectual Property Law Group, PLLC
  4651 North Federal Highway
  Boca Raton, FL  33431
  561.404.4350           Joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/06/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts